IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Columbia Mfg., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-1221C |
| | ) | (Judge Susan G. Braden) |
| UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Michael S. Dufault as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Michael S. Dufault
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention Classification Unit
8th Floor, "L" Street Bldg.

Dated: April 2, 2007

s/Michael S. Dufault
Michael S. Dufault
Attorney
Commercial Litigation Branch
Civil Division
(202) 616-0471
Fax# (202) 353-7988

CERTIFICATE OF Filing

I hereby certify under penalty of perjury that on this 2nd day of April, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael S. Dufault